IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAUGHLIN PRODUCTS, INC., | Civil Action No. 02-CV-4061 |
| Plaintiff, | Judge James T. Giles |
| vs. | |
| HOLLYWOOD TANS, INC., RALPH VENUTO, JR., RICHARD VENUTO, JAMES VACCHAINO, GIL ROZZO, FRANK DEMARCO, NICK TETI, MIKE OFFORD, BOB DEACON, ANTHONY ALBERTO, STEVE GANISCOLLI, STEPHEN MANISCALCO, KRISTEEN MANISCALCO, MIKE HERMAN, DEBBIE HERMAN, CHRISTOPHER CHURCHEY, BRIAN KELLER, CARMEN DIMARIO, GARY CHARMIS DREW SZUMIGATA, AND ANN M. COWELL, | |
| Defendants. | |

**ORDER GRANTING DEFENDANTS' UNCONTESTED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

Upon consideration of Defendants' Uncontested Motion For Enlargement Of Time To Respond to Complaint it is hereby ORDERED that Defendants' Motion is granted. Defendants shall have through and including August 29, 2002 within which to file a response to Plaintiff's Complaint.

_____
James T. Giles, Chief Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAUGHLIN PRODUCTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HOLLYWOOD TANS, INC., RALPH VENUTO, JR., RICHARD VENUTO, JAMES VACCHAINO, GIL ROZZO, FRANK DEMARCO, NICK TETI, MIKE OFFORD, BOB DEACON, ANTHONY ALBERTO, STEVE GANISCOLLI, STEPHEN MANISCALCO, KRISTEEN MANISCALCO, MIKE HERMAN, DEBBIE HERMAN, CHRISTOPHER CHURCHEY, BRIAN KELLER, CARMEN DIMARIO, GARY CHARMIS DREW SZUMIGATA, AND ANN M. COWELL, <br><br> Defendants. | Civil Action No. 02-CV-4061 <br><br> Judge James T. Giles |

### DEFENDANTS' UNCONTESTED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendants, Hollywood Tans, Inc., Ralph Venuto, Jr., Richard Venuto, James Vacchaino, Gil Rozzo, Frank DeMarco, Nick Teti, Mike Offord, Bob Deacon, Anthony Alberto, Steve Ganiscolli, Stephen Maniscalco, Kristeen Maniscalco, Mike Herman, Debbie Herman, Christopher Churchey, Brian Keller, Carmen DiMario, Gary Charmis, Drew Szumigata, and Ann M. Cowell, by and through their undersigned attorneys, file this unopposed Motion for Enlargement of Time to Respond to Plaintiff's Complaint, and as grounds therefore state as follows:

2

1.  Defendants were served with the Summons and Complaint in this matter on June 25, 2002. Under the Rules, their response is due by July 15, 2002 (20 days after service).

2.  The undersigned attorneys have only recently been retained by Defendants to represent them in this matter and have not yet had a sufficient opportunity to review the Complaint, confer with Defendants and prepare an appropriate response.

3.  Defendants request an enlargement of time, through and including August 29, 2002, within which to respond to Plaintiff's Complaint.

4.  Defendants' attorneys have conferred with Plaintiff's counsel, Michael A. O'Neil, Esq., who has indicated that he consents to the relief sought herein.

5.  Pursuant to Local Rule 7.1, no memorandum of law accompanies this Motion

WHEREFORE, Defendants respectfully requests an enlargement of time, through and including August 29, 2002, within which to file a response to Plaintiff's Complaint.

        Respectfully submitted,

By: _____
Laurence S. Shtasel, Esq.
BLANK ROME COMISKY & McCAULEY LLP
1 Logan Square
Philadelphia, PA 19103
(215) 569-5691
(215) 832-5691 (Fax)

112139.00601/21045872v1

## CERTIFICATE OF COUNSEL

I, Laurence S. Shtasel, hereby certify that, pursuant to Local Rule 7.1(b), Defendants' Motion for Enlargement of Time is uncontested.

_____
LAURENCE S. SHTASEL, ESQUIRE

112139.00601/21045872v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by regular U.S. Mail this 19th day of July, 2002 to:

Michael A. O'Neil, Esquire
5949 Sherry Lane
Suite 1030, Dallas, Texas 75225

_____
LAURENCE S. SHTASEL, ESQUIRE

112139.00601/21045872v1