| Case | United States District Court | Civil Action No. | Judge |
|---|---|---|---|
| Laughlin Products, Inc. v. John Chisholm, Beth Chisholm, Murray Milner, and Renee Milner | Delaware (Wilmington) | 02-cv-582 | Judge Sue L. Robinson |
| Laughlin Products, Inc. v. Hollywood Tans, Inc., Ralph Venuto, Jr., Richard Venuto, James Vacchaino, Gil Rozzo, Frank DeMarco, Nick Teti, Mike Offord, Bob Deacon, Anthony Alberto, Steve Ganiscolli, Stephen Maniscalco, Kristeen Maniscalco, Mike Herman, Debbie Herman, Christopher Churchey, Brian Keller, Carmen DeMario, Gary Charmis, Drew Szumigata, and Ann M. Cowell | Eastern District of Pennsylvania (Philadelphia) | 02-cv-4061 | Chief Judge James T. Giles |
| Laughlin Products, Inc. v. Hollywood Tans, Inc., Bob Johnson, and Dolly McShain | Southern District of Florida, Fort Lauderdale Division (Ft. Lauderdale) | 02-cv-60872 | Judge K. Michael Moore |
| Laughlin Products, Inc. v. Hoff & Associates and Hollywood Tans | Northern District of Georgia, Atlanta Division (Atlanta) | 02-cv-1760 | (Unknown) |
| Laughlin Products, Inc. v. Rich Bergey, Mike Fletcher, Kathy Fletcher, Ronald Mackey, and Bonnie Mackey | Maryland, Northern Division (Baltimore) | 02-cv-2128 | Judge Benson H. Legg |
| Laughlin Products, Inc. v. Mark Binder, Lisa Leonetti, Marian Damiami, John Varano, William Bryan, Donna Bryan, Jonathan Rotella, Erich Maerz, Ralph Maerz, Ralph Ferullo, Maria Rametta, and Steve Pagano | Eastern District of New York (Brooklyn) | 02-cv-3721 | Judge Carol Bagley Amon |
| Laughlin Products, Inc. v. Matthew Licciardello and Martha Licciardello, d/b/a Hollywood Tans | Eastern District of Virginia, Norfolk Division (Norfolk) | 02-cv-485 | Judge Jerome B. Friedman |
| Hollywood Tanning Systems, Inc. v. Laughlin Products, Inc., and Dr. Thomas Laughlin | New Jersey (Camden) | 02-cv-3625 | Judge Joseph E. Irenas |