IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAUGHLIN PRODUCTS, INC.          :

      vs.                               :         CIVIL ACTION NO. 02-4061

HOLLYWOOD TANS, INC., et al.     :

## ORDER

**AND NOW,** this 17th day of December, 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

| | | |
|---|---|---|
| [] | - | Order staying these proceedings pending disposition of a related action. |
| [] | - | Order staying these proceedings pending determination of arbitration proceedings. |
| [] | - | Interlocutory appeal filed |
| [x] | - | Other: Pending MDL panel decision. |

it is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
MICHAEL M. BAYLSON, J.

Civ. 13 (8/80)

O:\Kashner\Scheduling - Judge Baylson\Laughlin Suspense Order.wpd